AE

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

ALICE JORGENSEN, as Special Representative and as Special Administrator of the Estate of HELEN GORSKI, Deceased

v.

SUNRISE SENIOR LIVING, INC., et al.

Case Number: 07 L 9434

KC **FILED**
NOV 08 2007
NOV 08 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

SUNRISE SENIOR LIVING, INC., et al

07CV6353
JUDGE GOTTSCHALL
MAGISTRATE JUDGE DENLOW

| Field | Value |
|---|---|
| NAME (Type or print) | Robert E. Sidkey |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ Robert Sidkey |
| FIRM | Pretzel & Stouffer, Chartered |
| STREET ADDRESS | One South Wacker Drive, Suite 2500 |
| CITY/STATE/ZIP | Chicago, Illinois 60606 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | 6271444 |
| TELEPHONE NUMBER | (312) 578-7711 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐