

TED/sxf

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| ALICE JORGENSEN, as Special Representative and as Special Administrator of the Estate of HELEN GORSKI, Deceased, ) ) ) ) ) Plaintiff, ) ) v. ) ) SUNRISE SENIOR LIVING, INC., a foreign corporation, d/b/a SUNRISE OF SCHAUMBURG, f/k/a SUNRISE ASSISTED LIVING CENTER; SUNRISE SCHAUMBURG ASSISTED LIVING, LLC; SUNRISE MANAGEMENT, INC., a foreign corporation, f/k/a SUNRISE ASSISTED LIVING MANAGEMENT, INC.; SUNRISE SENIOR LIVING INVESTMENTS, INC., a foreign corporation; ALEXIAN BROTHERS MEDICAL CENTER, individually and d/b/a OLDER ADULT HEALTHCARE; OLDER ADULT HEALTHCARE; SUNRISE THIRD SCHAUMBURG SL, LLC; SUNRISE THIRD (Pool I); SUNRISE THIRD (Pool II); SUNRISE THIRD (Pool III), ) ) ) ) ) ) ) ) ) ) ) ) ) ) Defendants. ) | Civil Action No. Circuit Court of Cook County 07 L 9434 <br><br> KC **FILED** <br> NOV 0 8 2007 <br> MICHAEL W. DOBBINS <br> CLERK, U.S. DISTRICT COURT <br><br> 07CV6353 <br> JUDGE GOTTSCHALL <br> MAGISTRATE JUDGE DENLOW |

## ATTESTATION

Daniel B. Mills, Esquire, being first duly sworn on oath, deposes and states as follows:

1. He is the attorney for the defendants/petitioner, SUNRISE SENIOR LIVING INC., in this cause.

2. He has prepared and read the Notice of Removal filed in this cause and has personal knowledge of the facts and matters contained in it; and

3. The facts and allegations contained in the Notice of Removal are true and correct to the best of his knowledge.

Respectfully submitted,

[signature]

PRETZEL & STOUFFER, CHARTERED
One S. Wacker Drive
Suite 2500
Chicago, IL 60606
Telephone:   (312) 578-7489
Fax:   (312) 346-8242
Dmills@pretzel-stouffer.com
*Attorney for Defendant*

SUBSCRIBED and SWORN to before me this _____ day of November, 2007.

_____
NOTARY PUBLIC

OFFICIAL SEAL
**RENE' RYAN**
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 6-28-2010