

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALICE JORGENSEN, as Special Representative and as Special Administrator of the Estate of HELEN GORSKI, Deceased,<br><br>           Plaintiff,<br>v.<br><br>SUNRISE SENIOR LIVING, INC., a foreign corporation, d/b/a SUNRISE OF SCHAUMBURG, f/k/a SUNRISE ASSISTED LIVING CENTER; SUNRISE SCHAUMBURG ASSISTED LIVING, LLC; SUNRISE MANAGEMENT, INC., a foreign corporation, f/k/a SUNRISE ASSISTED LIVING MANAGEMENT, INC.; SUNRISE SENIOR LIVING INVESTMENTS, INC., a foreign corporation; ALEXIAN BROTHERS MEDICAL CENTER, individually and d/b/a OLDER ADULT HEALTHCARE; OLDER ADULT HEALTHCARE; SUNRISE THIRD SCHAUMBURG SL, LLC; SUNRISE THIRD (Pool I); SUNRISE THIRD (Pool II); SUNRISE THIRD (Pool III),<br><br>           Defendants. | Civil Action No.<br>Circuit Court of Cook County<br>07 L 9434<br><br>KC **F I L E D**<br>NOV 0 8 2007<br>NOV 08 2007<br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT<br><br>07CV6353<br>JUDGE GOTTSCHALL<br>MAGISTRATE JUDGE DENLOW |

### DEFENDANT'S REQUEST TO ADMIT

**NOW COMES**, the Defendant, SUNRISE SENIOR LIVING, INC., by and through its attorneys, PRETZEL & STOUFFER, CHARTERED, and hereby propounds the following Request to Admit to be answered within the time prescribed by the Federal Rules of Civil Procedure:

    1.    Admit that you contend that the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

                                       Respectfully submitted,

                                       PRETZEL & STOUFFER, CHARTERED

                                       By: _____
                                                   Daniel B. Mills

One S. Wacker Drive
Suite 2500
Chicago, IL 60606
Telephone:    (312) 578-7524
Fax:             (312) 346-8242