# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF ILLINOIS

Judge Gottschall
Magistrate Judge Denlow

**In the Matter of** ALICE JORGENSON, as Special Representative and as Special Administrator of the Estate of HELEN GORSKI, Deceased v. SUNRISE SENIOR LIVING, INC.

Case Number: 07 cv 6353

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

DEFENDANTS: ALEXIAN BROTHERS MEDICAL CENTER, Individually and d/b/a ALEXIAN BROTHERS OLDER ADULT HEALTHCARE.

| (A) | (B) |
|---|---|
| SIGNATURE *[signed]* | SIGNATURE *[signed]* |
| NAME: Anne Stalder Nelson | NAME: Jason A. Parson |
| FIRM: Anderson, Rasor & Partners, LLP | FIRM: Anderson, Rasor & Partners, LLP |
| STREET ADDRESS: 55 E. Monroe Street | STREET ADDRESS: 55 E. Monroe Street |
| CITY/STATE/ZIP: Chicago, Illinois 60603 | CITY/STATE/ZIP: Chicago, IL 60603 |
| TELEPHONE NUMBER: (312) 469-5049 | TELEPHONE NUMBER: (312) 673-7812 |
| IDENTIFICATION NUMBER: 6210151 | IDENTIFICATION NUMBER: 06200276 |
| MEMBER OF TRIAL BAR? NO [X] | MEMBER OF TRIAL BAR? YES [X] |
| TRIAL ATTORNEY? YES [X] | TRIAL ATTORNEY? YES [X] |
|  | DESIGNATED AS LOCAL COUNSEL? [ ] |

| (C) | (D) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME | NAME |
| FIRM | FIRM |
| STREET ADDRESS | STREET ADDRESS |
| CITY/STATE/ZIP | CITY/STATE/ZIP |
| TELEPHONE NUMBER | TELEPHONE NUMBER |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR? YES [ ] NO [ ] | MEMBER OF TRIAL BAR? YES [ ] NO [ ] |
| TRIAL ATTORNEY? YES [ ] NO [ ] | TRIAL ATTORNEY? YES [ ] NO [ ] |
| DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [ ] | DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [ ] |

## AFFIDAVIT OF SERVICE

The undersigned on oath deposes and says that she served a true and correct copy of the foregoing **APPEARANCE** to:

Jeff Martin
Levin & Perconti
325 North LaSalle
Suite 450
Chicago, IL 60610

Pretzel & Stouffer, Chartered
One South Wacker Drive
Suite 2500
Chicago, IL 60606

by placing said copy in a postage prepaid, correctly addressed envelope and depositing in the mail facility at 55 E. Monroe Street, Chicago, Illinois on this 21st day of November, 2007, before 5:00 P.M.

*[signature: Jennifer L. Takacs]*

SUBSCRIBED and SWORN to before me on this 21st day of November, 2007.

*[signature]*
Notary Public

"OFFICIAL SEAL"
LISA SKODA
Notary Public, State of Illinois
My Commission Expires 10/13/08