UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALICE JORGENSEN, As Special Representative and Special Administrator of the Estate of Helen Gorski, Deceased, <br><br>　　　　　Plaintiff, <br><br>　vs. <br><br>SUNRISE SENIOR LIVING, INC., a foreign corporation, d/b/a SUNRISE OF SCHAUMBURG, f/k/a SUNRISE ASSISTED LIVING CENTER, et al. <br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) No.　07 CV 6353<br>)<br>) JUDGE GOTTSCHALL<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF MOTION

TO:　Jeff Martin, Levin & Perconti, 325 North LaSalle, Suite 450, Chicago, IL 60610
　　　Robert Sidkey, Pretzel & Stouffer, One South Wacker Drive, Suite 2500, Chicago, IL 60606

　　　PLEASE TAKE NOTICE that on **December 6, 2007**, at the hour of **9:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before Judge Joan B. Gottschall, or any Judge sitting in her stead in Room 2325, at the United States District Court, Northern District of Illinois, Chicago, Illinois, and shall then and there present the attached **MOTION FOR A QUALIFIED PROTECTIVE ORDER**.

| | |
|---|---|
| Anderson, Rasor & Partners, LLP<br>55 E. Monroe Street<br>Chicago, Illinois 60603<br>(312) 469-5049 (Anne Stalder Nelson) | Attorneys for Alexian Brothers Medical Center Individually and d/b/a Alexian Brothers Older Adult Healthcare<br>Firm I.D.　41529 |

## AFFIDAVIT OF SERVICE

The undersigned on oath deposes and says that she served a true and correct copy of the foregoing **NOTICE OF MOTION** to:

Jeff Martin
Levin & Perconti
325 North LaSalle, Suite 450
Chicago, IL 60610

Robert Sidkey
Pretzel & Stouffer, Chartered
One South Wacker Drive
Suite 2500
Chicago, IL 60606

by by faxing a copy to the attorney of record at his respective facsimile number by 5:00 p.m. on November 27, 2007.

_____

SUBSCRIBED and SWORN to before
me this November 27, 2007

_____
Notary Public

"OFFICIAL SEAL"
KATHLEEN M. KELTON
Notary Public, State of Illinois
My Commission Expires 07/28/11