IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALICE JORGENSEN, As Special Representative and as Special Administrator of the Estate of HELEN GORSKI, Deceased,<br><br>                      Plaintiff,<br>    v.<br><br>SUNRISE SENIOR LIVING, INC., a foreign corporation, d/b/a SUNRISE OF SCHAUMBURG, f/k/a SUNRISE ASSISTED LIVING CENTER; SUNRISE SCHAUMBURG ASSISTED LIVING, L.L.C.; SUNRISE SENIOR LIVING MANAGEMENT, INC., a foreign corporation, f/k/a SUNRISE ASSISTED LIVING MANAGEMENT, INC.; SUNRISE SENIOR LIVING INVESTMENTS, INC., a foreign corporation; ALEXIAN BROTHERS MEDICAL CENTER, Individually and d/b/a OLDER ADULT HEALTHCARE; OLDER ADULT HEALTHCARE; SUNRISE THIRD SCHAUMBURG SL, LLC; SUNRISE THIRD (Pool I), LLC; SUNRISE THIRD (Pool II), LLC; and SUNRISE THIRD (Pool III), LLC,<br><br>                      Defendants. | Civil Action No. 07 cv 6353<br>Magistrate Judge Denlow<br>Judge Gottschall<br><br>(Circuit Court Cook County, Illinois<br> Case No. 07 L 9434) |

## NOTICE OF MOTION

TO:    See Attached Service List.

      On <u>December 6, 2007</u> at <u>9:30 a.m.</u>, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Gottschall, or any judge sitting in her stead, in the courtroom usually occupied by her in Room 2325, United States District Court for the Northern District of Illinois, Eastern Division, and then and there present the attached **Plaintiff's Motion to Remand Case Back to State Court Due to Lack of Complete Diversity**, copies of which are enclosed and are hereby served upon you.

| | |
|---|---|
| LEVIN & PERCONTI<br>325 N. LaSalle St., Suite 450<br>(312) 332-2872 | Attorneys for Plaintiff(s)<br>Chicago, IL 60610 |

## PROOF OF SERVICE

    I, the undersigned, being first duly sworn on oath depose and state that I served a copy of the above Notice of Filing/Proof of Service and attached document(s) upon the above-named by mailing such copies in an envelope properly addressed, properly stamped, and sealed to the above-named and depositing same in the U.S. Mail Chute at 325 N. LaSalle, Chicago, Illinois 60610, on November 29, 2007.

SUBSCRIBED AND SWORN TO BEFORE ME
THIS 29th DAY OF NOVEMBER, 2007.

NOTARY PUBLIC

"OFFICIAL SEAL"
DEBORAH ... ENCH
Notary P... of Illinois
My Commi... es 1/12/09

## SERVICE LIST

Anne Stalder Nelson
Anderson Razor & Partners, LLP
55 E. Monroe Street
Suite 3650
Chicago, IL 60603

Daniel B. Mills
Robert E. Sidkey
Pretzel & Stouffer, Chartered
One South Wacker Drive
Suite 2500
Chicago, IL 60606