# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of   ALICE JORGENSON, as Special    Case Number: 07cv6353
Representative and as Special Administrator of the
Estate of HELEN GORSKI, Deceased v. Sunrise Senior Living, Inc.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ALEXIAN BROTHERS MEDICAL CENTER, Individually and d/b/a ALEXIAN BROTHERS OLDER ADULT HEALTHCARE

| | |
|---|---|
| NAME (Type or print)  Jason A. Parson | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)  s/ Jason A. Parson | |
| FIRM  Anderson, Rasor & Partners, LLP | |
| STREET ADDRESS  55 East Monroe Street | |
| CITY/STATE/ZIP  Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  06200276 | TELEPHONE NUMBER  312/673-7812 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |