263.061246                                DBM:rr

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALICE JORGENSEN, as Special Representative and as Special Administrator of the Estate of HELEN GORSKI, Deceased,<br><br>                      Plaintiff,<br>v.<br><br>SUNRISE SENIOR LIVING, INC., a foreign corporation, d/b/a SUNRISE OF SCHAUMBURG, f/k/a SUNRISE ASSISTED LIVING CENTER; SUNRISE SCHAUMBURG ASSISTED LIVING, LLC; SUNRISE SENIOR LIVING MANAGEMENT, INC., a foreign corporation, f/k/a SUNRISE ASSISTED LIVING MANAGEMENT, INC.; SUNRISE SENIOR LIVING INVESTMENTS, INC., a foreign corporation; ALEXIAN BROTHERS MEDICAL CENTER, individually and d/b/a OLDER ADULT HEALTHCARE; OLDER ADULT HEALTHCARE; SUNRISE THIRD SCHAUMBURG SL, LLC; SUNRISE THIRD (Pool I), LLC; SUNRISE THIRD (Pool II), LLC; SUNRISE THIRD (Pool III), LLC,<br><br>                      Defendants. | Civil Action No. 07 C 6353<br>Magistrate Judge Denlow<br>Judge Gottschall |

## DEFENDANTS' AGREEMENT TO REMAND

**NOW COME**, the Defendants, SUNRISE SENIOR LIVING, INC., SUNRISE SCHAUMBURG ASSISTED LIVING, LLC, SUNRISE SENIOR LIVING MANAGEMENT, INC., SUNRISE SENIOR LIVING INVESTMENTS, INC., SUNRISE THIRD SCHAUMBURG SL, LLC, SUNRISE THIRD (Pool I), SUNRISE THIRD (Pool II), LLC, and SUNRISE THIRD (Pool III), LLC, by and through their attorneys, PRETZEL & STOUFFER, CHARTERED, and in response to Plaintiff's Motion to Remand, so state the following:

       1.    These Defendants do not contest Plaintiff's motion to remand. Plaintiff filed this suit in the Cook County Circuit Court on September 7, 2007. Service was affected on the Sunrise entities

on October 9, 2007. Pursuant to 28 USC § 1446(b), Sunrise had 30 days to remove, which put the deadline for removal on November 8, 2007. Sunrise removed this case to federal court on November 8, 2007. Co-defendant, Alexian Brothers Health Center, did not file an appearance until November 21, 2007.

      2.    At the time of filing Defendants' Notice of Removal, Defendants had a good faith belief that there was complete diversity between the plaintiff and all defendants. Alexian Brothers Health Center is a Texas corporation, and all of the Sunrise entities are foreign corporations. Counsel for Sunrise did not learn until November 30, 2007, that the principal place of business for Alexian Brothers Health Center is in Illinois, and could not have, until Alexian Brothers' attorney appeared in the case. Accordingly, Defendants do not oppose Plaintiff's motion to remand. Plaintiff's attorney has already been informed on Sunrise's position on this matter.

      Respectfully submitted,

/s/ Robert E. Sidkey
PRETZEL & STOUFFER, CHARTERED
One S. Wacker Drive
Suite 2500
Chicago, IL 60606
Telephone:　(312) 578-7489
Fax:　(312) 346-8242
rsidkey@pretzel-stouffer.com
*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

   The undersigned hereby certifies that the Defendant's Agreement to Remand was filed electronically this 5th day of December, 2007.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic system.


**ATTORNEY FOR PLAINTIFF**

Mr. Jeffrey E. Martin
Levin & Perconti
325 North LaSalle Street
Suite 450
Chicago, Illinois 60602
PH:312-332-2872
FX: 312-332-3112

**ATTORNEY FOR ALEXIAN BROS. And Respondents in Discovery**
Ms. Anne Nelson
Anderson, Rasor & Partners, LLP
55 E. Monroe Street, Suite 3650
Chicago, Illinois 60603
PH: (312) 673-7800
DR:(312) 469-5049
FX (312) 673-7781
anne.nelson@ARandPartners.com

                s/Robert E. Sidkey
                Robert E. Sidkey (IL Bar No. 6271444)
                Pretzel & Stouffer, Chartered
                One South Wacker Drive-Suite 2500
                Chicago, Illinois 60606
                Telephone: (312) 578-7489
                Fax: (312) 346-8242
                E-Mail: rsidkey@pretzel-stouffer.com
                Attorneys for Defendant

Case 1:07-cv-06353     Document 17     Filed 12/05/2007     Page 4 of 4