# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6353 | **DATE** | 12/6/2007 |
| **CASE TITLE** | Alice Jorgensen vs. Sunrise Senior Living, Inc., et al | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion to remand case back to state court due to lack of complete diversity [15] is granted. Defendants' motion for qualified protective order [11] denied as moot. It is hereby ordered that this case is remanded back to the Circuit Court of Cook County, Illinois, with any costs of remand being taxed to the moving Defendants. Civil case terminated.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RJ |
|---|---|---|