

## UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS
   CLERK

312-435-5670

December 11, 2007

Circuit Court of Cook County
Clerk of Circuit Court
Richard J. Daley Center
50 West Washington
Chicago, IL 60602

Re: Jorgensen v. Sunrise Senior Living, Inc. et al

USDC No:1:07cv6353

Circuit Court No: 07L 9434

Dear Clerk:

A certified copy of an order entered on 12/10/2007 by the Honorable Judge Gottschall remanding the above-entitled case back to the Circuit Court of Cook County, Illinois is herewith transmitted to you for your files.

        Sincerely yours,

        Michael W. Dobbins, Clerk

        By: s/ G. Jones
            Deputy Clerk

Enclosure(s)